```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/30/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATE OF AMERICA,

                Plaintiff,

    - against -

RICHARD FELIZ,

                Defendant.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Richard Feliz ("Feliz") filed a pro se motion for appointment of counsel and for modification of the terms of his imprisonment, pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i) and the First Step Act. (See, "Motion," Dkt. No. 681.) The Government is respectfully directed to respond to Feliz's Motion within sixty (60) days of the date of this Order.

**SO ORDERED.**

Dated:    30 May 2023
            New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.