**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         - against -<br><br>RICHARD FELIZ,<br><br>                    Defendant. | **16 Cr. 809 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Government's request that certain records be filed under seal (see Dkt. No. 691 at 5 n.2) is hereby **GRANTED**.

**SO ORDERED.**

Dated:     14 November 2023
           New York, New York

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.

1